No. CV13-0933

Filed: 11/20/2015   9:03 A.M.
Sharena Gilliland
District Clerk
Parker County, Texas
Natalie     Matthews

| | | |
|---|---|---|
| JERRY DURANT, | § | |
| | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| v. | § | PARKER COUNTY, TEXAS |
| | § | |
| COMPASS BANK, | § | |
| | § | 43RD JUDICIAL DISTRICT |
| Defendant. | § | |

FILED IN
2ND COURT OF APPEALS
FORT WORTH, TEXAS
12/23/2015 9:44:51 AM
DEBRA SPISAK
Clerk

## FINAL JUDGMENT

This matter came on for final hearing on November __19th__, 2015.  Jerry Durant appeared through his attorneys of record, Ralph Duggins and Philip Vickers, and Compass Bank appeared through its attorney of record, Michael A. Logan and C. Jeffrey Novel.  This Court has previously considered the First and Second Motions for Partial Summary Judgment filed by Jerry Durant and the Motion for Summary Judgment filed by Compass Bank.  The Court also considered the response and reply briefs, exhibits and oral argument of counsel relating to the summary judgment motions.  After considering these items, the Court entered orders granting partial summary judgments for Jerry Durant and denying the motion for summary judgment filed by Compass Bank.  The Court's June 6, 2014 and August 25, 2015 Orders granting partial summary judgments are incorporated as if set forth fully in this Final Judgment.  Accordingly, it is hereby ORDERED, ADJUDGED, DECREED and DECLARED that after June 1, 2011 Jerry Durant had the right to prepay the amount owed under the Promissory Note

without payment of any penalty or fee, including any fee claimed by Compass under the Master Agreement, Schedule, and Confirmation.

The Court finds that Durant paid $790,350.00 on August 29, 2013 as a termination fee Compass demanded under the terms of the Master Agreement, Schedule and Confirmation. It is therefore ORDERED, ADJUDGED and DECREED that Jerry Durant have and recover from Compass Bank actual damages in the amount of $790,350.00 and prejudgment interest thereon at the rate of 5% per annum from August 29, 2013 until the date of this Final Judgment, in the amount of $79,361.91 through September 1, 2015, with per diem interest thereafter of $108.27 until the date this Final Judgment is signed.

Based upon the summary judgment rulings previously made by the Court, the Court finds and concludes as a matter of law that Jerry Durant is entitled to recover attorneys' fees under Chapter 38 of the Texas Civil Practice & Remedies Code for breach of contract. In the alternative to relief awarded Jerry Durant under Chapter 38 of the Texas Civil Practice & Remedies Code, the Court finds and concludes that it would be equitable and just for Jerry Durant to recover costs and reasonable and necessary attorneys' fees associated with prosecuting his declaratory judgment claims.

Based on the agreement of Jerry Durant and Compass Bank solely as to the amount of attorneys' fees to be awarded, the Court awards attorneys' fees to Jerry Durant which the Court finds are reasonable and necessary. It is therefore ORDERED, ADJUDGED and DECREED that Jerry Durant have and recover

from Compass Bank reasonable and necessary attorneys' fees in the amount of $157,000.00 for prosecution of his breach of contract claim or, in the alternative, his declaratory judgment claims, through Final Judgment. It is further ORDERED, ADJUDGED and DECREED that if Compass Bank appeals this Final Judgment and Jerry Durant prevails on such appeal, he shall recover from Compass Bank the following additional amounts for prosecution of his breach of contract claim, or in the alternative, his declaratory judgment claims, representing the reasonable and necessary attorneys' fees and expenses that would be incurred by Jerry Durant in defending that appeal: in successfully defending an appeal to the Court of Appeals, $40,000.00; in the event Compass Bank files a Petition for Review with the Supreme Court of Texas that is ultimately unsuccessful, $10,000.00; in the event that the Court of Appeals reverses the trial court and Jerry Durant files a Petition for Review with the Supreme Court of Texas that ultimately results in a reversal of the Court of Appeals, $15,000.00; in the event the Supreme Court of Texas orders full briefing on the merits and Jerry Durant prevails, $25,000.00; in the event the Supreme Court of Texas holds oral argument and Jerry Durant prevails, an additional $10,000.00; in the event either party files a motion for rehearing with the Texas Supreme Court and Jerry Durant prevails, $8,000.00.

It is further ORDERED, ADJUDGED and DECREED that Jerry Durant have and recover from Compass Bank all taxable costs of court.

It is further ORDERED, that the total amounts awarded by this Final Judgment here rendered shall bear post-judgment interest at the rate of 5% from the date of this Final Judgment to be compounded annually until all amounts are paid in full.

All writs and processes for the enforcement and collection of amounts awarded by this Final Judgment may issue. All relief requested in this case and not expressly granted in partial summary judgments incorporated herein or in this Final Judgment be and hereby is denied. This Final Judgment finally disposes of all parties and claims in this action and is final and appealable.

SIGNED this 19th day of November 2015.

_____
CRAIG TOWSON
Judge Presiding

**APPROVED AS TO FORM:**

_____
Ralph H. Duggins
Philip A. Vickers
Counsel for Jerry Durant

_____
C. Jeffrey Novel
Counsel for Compass Bank